**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CURTIS GLENDON ALLEN,

Plaintiff,

v. Case No. 5:26-cv-256-JRK

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.
_________________________________/

**O R D E R**

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 19; "Motion"), filed August 18, 2026, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 19) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

On remand, the Commissioner will conduct further administrative proceedings to resolve the conflict between the sedentary residual functional capacity (RFC) and the light jobs identified at step five of the sequential evaluation. The Commissioner will also offer Plaintiff a new hearing, complete the administrative record, and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on August 19, 2026.

James R. Klindt

JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record